**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **RYDEX, LTD.** | § § § | |
| **Plaintiff,** | § § | **CAUSE NO. 4:10-cv-00267** |
| **v.** | § § § | |
| **MASTERCARD, INC., VISA, INC.,** **AMERICAN EXPRESS COMPANY,** **and** **DISCOVER FINANCIAL SERVICES,** | § § § § § | **JURY TRIAL DEMANDED** |
| **Defendants.** | § § | |

**ORDER DENYING DEFENDANTS JOINT MOTION TO DISMISS**

Before the Court is the Joint Motion Of Defendants MasterCard And Visa To Dismiss Plaintiff's Amended Complaint For Patent Infringement Under Fed. R. Civ. P. 12(B)(6) in the above entitled cause. Having considered the Motion, the Court is of the opinion that it should be DENIED.

It is therefore **ORDERED** that Defendants Joint Motion To Dismiss is **DENIED**.