IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RYDEX, LTD., | § | |
| | § | |
| Plaintiff; | § | Cause No: 4:10-cv-267 |
| | § | |
| vs. | § | |
| | § | |
| MASTERCARD, INC. and VISA, INC., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendants | § | |

**JOINT MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE**

Plaintiff Rydex ("Rydex") and Defendants MasterCard, Inc. ("MasterCard"), Visa, Inc. ("Visa"), American Express Company ("American Express") and Discovery Financial Services ("Discover") file this Joint Motion To Reschedule Case Management Conference.

On July 15, 2010, Rydex and filed a Joint Motion to Cancel Initial Conference scheduled for August 20, 2010 (Docket No. 34) to allow for newly named defendants to answer the Amended Complaint.  This Court granted that Motion (Docket No. 35), resetting the due date for the Case Management Plan for 11/22/2010, and setting the Initial Conference for 11/29/2010. This schedule would require that the parties' meet and confer regarding proposed discovery plan by Monday, November 8, 2010.

Plaintiff Rydex and Defendant MasterCard, are in settlement discussions and request that the Case Management Conference be rescheduled for December 16, 2010, the next available hearing date to allow for additional time in which to complete discussions.

Dated: November 5, 2010                                  Respectfully submitted,

                                              /s/  Michael Hawes
                                              BAKER BOTTS L.L.P.
                                              Robert Scheinfeld
                                              Lead Attorney
                                              Eliot Damon Williams
                                              Jeremy Merling
                                              Email: robert.scheinfeld@bakerbotts.com
                                              Email: eliot.williams@bakerbotts.com
                                              Email: jeremy.merling@bakerbotts.com
                                              Email:michael.hawes@bakerbotts.com

                                              ATTORNEYS FOR MASTERCARD, INC.

                                              /s/ Edward W. Goldstein (with permission)
                                              Goldstein Faucett & Prebeg LLP
                                              Edward W Goldstein
                                              1177 W Loop South ,  Ste 400
                                              Houston, TX 77027
                                              (713) 877-1515
                                              Fax: (713) 877-1145 fax
                                              Email: egoldstein@gfpiplaw.com

                                              ATTORNEY FOR PLAINTIFF RYDEX, LTD.

                                              /s/ Joseph Melnik (with permission)
                                              JONES DAY
                                              Gregory Lawrence Porter
                                              717 Texas  Ste 3300
                                              Houston, TX 77002
                                              (832) 239-3939
                                              Fax: (832) 239-3600
                                              Email: glporter@jonesday.com

                                              Joseph Melnik
                                              JONES DAY
                                              1755 Embarcadero Rd
                                              Palo Alto, CA 94303
                                              650-739-3939
                                              Fax: 650-739-3900

                                              ATTORNEYS FOR DEFENDANT VISA, INC.

/s/ Gene W. Lee (with permission)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036-8704
(212) 596-9000
Gene W. Lee
Leslie M. Spencer
gene.lee@ropesgray.com
leslie.spencer@ropesgray.com

ATTORNEY FOR AMERICAN EXPRESS
COMPANY and DISCOVER FINANCIAL
SERVICES

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 5th day of November, 2010 with a copy of this document via the Court's CM/ECF system per Local Rule LR 5.1. Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/   Michael Hawes