IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RYDEX, LTD., | § | |
| | § | |
| Plaintiff; | § | Cause No: 4:10-cv-267 |
| | § | |
| vs. | § | |
| | § | |
| MASTERCARD, INC. and VISA, INC., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendants | § | |

### (PROPOSED ORDER)  ON JOINT MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE

Before the Court is the parties' Joint Motion to Reschedule Case Management Conference.

The Court hereby GRANTS the Joint Motion to Reschedule Case Management Conference and resets the date of the conference to December 16, 2010.

Dated: _____          _____
                                       HON. LEE H. ROSENTHAL
                                       United States District Judge

HOU03:1254581.1