IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RYDEX, LTD., | § § | |
| Plaintiff; | § § | Cause No: 4:10-cv-267 |
| vs. | § § § | |
| MASTERCARD, INC. and VISA, INC., | § § | JURY TRIAL DEMANDED |
| Defendants | § | |

## ORDER ON JOINT MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE

Before the Court is the parties' Joint Motion to Reschedule Case Management Conference.

The Court hereby GRANTS the Joint Motion to Reschedule Case Management Conference and resets the date of the conference to December 16, 2010, at 3:30pm.

Dated: Nov. 16, 2010

_____
HON. LEE H. ROSENTHAL
United States District Judge